IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| JOSEPH CAVITT and RACHEL CAVITT, )<br>)<br>    Plaintiffs, )<br>) <br>    v. )<br>)<br>THE PLUMBING & ROOTER )<br>COMPANY, LLC, d/b/a )<br>Benjamin Franklin )<br>Plumbing, a Georgia )<br>Limited Liability )<br>Corporation, and DIRECT )<br>ENERGY US HOME SERVICES, )<br>INC., an Ohio Profit )<br>Corporation registered to )<br>do business in Alabama, )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>3:15cv722-MHT<br>(WO) |

ORDER

The removing party has failed to respond to this court's order to amend the complaint to allege jurisdiction sufficiently. See Order, Judgment, and Decree (doc. no. 12). Because this court lacks subject matter jurisdiction, it is the ORDER, JUDGMENT, and DECREE that, pursuant to 28 U.S.C. § 1447(c), this

cause is remanded to the Circuit Court of Lee County, Alabama.

The clerk of the court is DIRECTED to take appropriate steps to effect the remand.

This case is closed in this court.

DONE, this the 10th day of December, 2015.

                                         /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE